1  **Todd M. Friedman, Esq. (216752)**
2  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   **369 S. DOHENY DR. #415**
3  **BEVERLY HILLS, CA 90211**
4  **877 206-4741**
   **866 633-0228 facsimile**
5  **tfriedman@AttorneysForConsumers.com**
6  **Attorney for Plaintiff**

7
                    **UNITED STATES DISTRICT COURT**
8               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  **SAUL LEFORT,**                    ) Case No. **1:10-cv-05791-NJV**
10                                      )
   Plaintiff,                          )
11                                      ) **NOTICE OF VOLUNTARY**
                                        ) **DISMISSAL WITHOUT**
12      vs.                             ) **PREJUDICE**
                                        )
13 **CORY G. HICKS & ASSOCIATES,**     )
14 **INC.,**                            )
                                        )
15 Defendant.                          )
                                        )
16 _____    )

17

18      **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

19 Central District Court of California, Plaintiff's Notice of Voluntary Dismissal
20

21 Without Prejudice, a copy of which is hereby served upon Defendant.

22      RESPECTFULLY SUBMITTED this 1st day of February, 2011.
23

24                    By:    s/Todd M. Friedman
                             Todd M. Friedman, Esq.
25                           Law Offices of Todd M. Friedman, P.C.
26                           tfriedman@AttorneysForConsumers.com
                             Attorney for Plaintiff
27

28

1    Filed electronically on this 1st day of February, 2011, with:

2

3    United States District Court CM/ECF system

4    And hereby served upon all parties

5
     Notification sent on this 1st day of February, 2011, via the ECF system to:
6

7    Honorable Nandor J. Vadas
     Judge of the United States District Court
8    Northern District of California

9
     Copy sent via mail on this 1st day of February, 2011, to:
10

11   Cory Hicks
     Cory G. Hicks and Associates
12   6375 E Tanque Verde Suite 40
13   Tucson, AZ 85712

14

15   By: s/Todd M. Friedman
16        Todd M. Friedman

17

18

19

20

21

22

23

24

25

26

27

28