UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAUL LEFORT, | No. C 10-05791 NJV |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE VACATING MARCH 29, 2011 HEARING |
| CORY G HICKS, | |
|     Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the Notice of Voluntary Dismissal on file in this matter, YOU ARE NOTIFIED THAT the hearing before Magistrate Judge Vadas previously noticed for March 29, 2011 is HEREBY VACATED.

Dated: March 28, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/_____
    Gloria Masterson
    Courtroom Deputy